In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00323-CR
_____

**LAGARY HARRISON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 96-11-01599-CR**

**MEMORANDUM OPINION**

On September 17, 2019, we notified the parties that our jurisdiction was not apparent from the notice of appeal and warned that the appeal would be dismissed for want of jurisdiction unless we received a response showing grounds for continuing the appeal. Harrison did not file a response.

Harrison has failed to demonstrate that the trial court has signed an order that is appealable at this time. *See Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim.

1

App. 1991) (holding that intermediate appellate courts lack jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted by law). Accordingly, we dismiss the appeal for want of jurisdiction.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on October 29, 2019
Opinion Delivered October 30, 2019
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.